UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHINTAMANI RAMPERSAUD,
MEENAKUMARIE RAMPERSAUD,

                Plaintiffs,

                -against-

CHASE HOME FINANCE and GC SERVICES
LIMITED PARTNERSHIP COLLECTION
AGENCY DIVISION, and JOHN DOE # 1-3,

                Defendants.
-----------------------------------------------------------------x

NOT FOR PUBLICATION

**MEMORANDUM AND ORDER**

11-CV-2239 (ARR)(LB)

ROSS, United States District Judge:

The court received the above-captioned complaint for filing on May 6, 2011. The complaint originally named both Chintamani Rampersaud and Meenakumarie Rampersaud as plaintiffs; however, Chintamani Rampersaud's name was crossed out in the caption. The body of the complaint mentions only Chintamani Rampersaud, and only he signed the complaint. Both Chintamani Rampersaud and Meenakumarie Rampersaud are named as borrowers in the attached mortgage documents.

The application to proceed in forma pauperis names Chintamani Rampersaud in the caption, but the printed signature line is for Meenakumarie Rampersaud. It is unclear whether the signature is of Chintamani Rampersaud or Meenakumarie Rampersaud. Moreover, the application is incomplete.

In order to determine who is the intended plaintiff or plaintiffs in this action, the court directs plaintiffs to file an amended complaint. The caption must indicate the intended plaintiff or plaintiffs in the action, and the amended complaint must be signed by the same party or parties named as plaintiffs. The amended complaint must be captioned, "Amended Complaint," and

shall bear the same docket number as this order. Each of the named plaintiffs must submit their own completed application to proceed in forma pauperis.

The intended plaintiff or plaintiffs must submit the amended complaint and the completed application or applications to proceed in forma pauperis within 14 days from the date of this order. If no amended complaint and completed application or applications to proceed in forma pauperis are submitted within 14 days, the action may be dismissed without prejudice.

SO ORDERED.

/Signed by Judge Allyne R. Ross/

ALLYNE R. ROSS
United States District Judge

Dated: May 26, 2011
      Brooklyn, New York

SERVICE LIST

    <u>Pro Se Plaintiff</u>
    Chintamani Rampersaud
    116-17 127th Street
    South Ozone Park, NY 11420